UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO JAVIER ROMERO RAVDA,

               Petitioner,

      -against-

ICE,

               Respondent.

Case No. 1:26-cv-03498 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of a letter from Respondent seeking a two-day extension of time to respond to the Petition in this matter.  *See* Dkt. 9.  The extension request is GRANTED. Respondent shall file its response to the Petition by **May 6, 2026**.  Petitioner shall file his reply by **May 11, 2026**.  The Court shall hear this matter on **May 18, 2026** at **10:30 a.m.** in the Daniel Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, NY 10007.  **Respondent shall produce Petitioner at the conference**.

Dated:  May 1, 2026
        New York, New York

                         SO ORDERED.

                         JENNIFER L. ROCHON
                         United States District Judge