UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO JAVIER ROMERO RAVDA,

                              Petitioner,

                  -against-

ICE,

                              Respondent.

Case No. 1:26-cv-03498 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The in-person hearing set for **May 18, 2026, at 10:30 a.m.** will now be held virtually via Microsoft Teams for all parties.  Respondent will receive login credentials at the email addresses on the docket.  The government is hereby ORDERED to coordinate with the Orange County Jail to ensure that Petitioner Romero Ravda can appear virtually at the hearing.

The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 569 626 767#.

Dated:  May 11, 2026
           New York, New York

                              SO ORDERED.

                              _____
                              JENNIFER L. ROCHON
                              United States District Judge