UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO JAVIER ROMERO RAVDA,<br><br>               Petitioner,<br><br>    -against-<br><br>ICE,<br><br>               Respondent. | Case No. 1:26-cv-03498 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court understands that Petitioner is no longer proceeding *pro se* and has retained *pro bono* counsel. Dkts. 18, 19. To the extent Petitioner's counsel anticipates raising arguments at the May 27, 2026 hearing not presently reflected in Petitioner's submissions, counsel shall submit supplemental briefing to that effect by **May 22, 2026**.

Relatedly, in light of *pro bono* counsel's appearance, the hearing scheduled for **May 27, 2026, at 2:30 p.m.** will now take place in person in the Daniel Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, NY 10007.

Dated: May 20, 2026
      New York, New York

                                      SO ORDERED.

                                          *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge