UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO JAVIER ROMERO RAUDA,

                        Petitioner,                    Case No. 1:26-cv-03498 (JLR)

            -against-                                    **ORDER**

ICE,

                        Respondent.

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the parties' May 27, 2026 conference, Rauda's habeas petition, Dkt. 1, is GRANTED in part and DENIED in part.

By **June 3, 2026**, the immigration court must either (1) hold a bond hearing at which the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk, or (2) release Petitioner.  In determining whether to grant bond, the immigration judge must consider, on the record, the availability of alternative conditions of release; in determining the amount of any bond imposed, the immigration judge shall consider the Petitioner's ability to pay.

Respondent must submit a status letter to the Court by **June 5, 2026**.

The Clerk of Court is respectfully directed to update the case caption to reflect the correct spelling of Rauda's name[1] and, thereafter, CLOSE this case.

Dated: May 27, 2026
        New York, New York                    SO ORDERED.

                                              _Jennifer Rochon_

                                              JENNIFER L. ROCHON
                                              United States District Judge

---

[1] The docket currently lists this case under the incorrect name Rayda v. ICE.