**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PEDRO JAVIER ROMERO RAUDA,

               Petitioner,                            26 **CIVIL** 3498 (JLR)

      -against-                                  **JUDGMENT**

ICE,
               Respondent.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 27, 2026, and for the reasons stated on the record at the parties' May 27, 2026 conference, Rauda's habeas petition, Dkt. 1, is GRANTED in part and DENIED in part. By June 3, 2026, the immigration court must either (1) hold a bond hearing at which the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk, or (2) release Petitioner. In determining whether to grant bond, the immigration judge must consider, on the record, the availability of alternative conditions of release; in determining the amount of any bond imposed, the immigration judge shall consider the Petitioner's ability to pay; accordingly, the case is closed.

**DATED:** New York, New York
           May 29, 2026

                                   **TAMMI M. HELLWIG**

                                      **Clerk of Court**

**BY:**          K. mango

                                      **Deputy Clerk**